UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                           :
                                                    :
            -v-                                     :        25-MJ-842 (JMF)
                                                    :
LEONARDO ABREU,                                     :        SCHEDULING ORDER
                                                    :
                        Defendant.                  :
                                                    :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      IT IS HEREBY ORDERED that the parties shall appear for an arraignment and pretrial conference in this matter on **June 12, 2025** at **11:30 a.m.** in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.

      SO ORDERED.

Dated: June 9, 2025
      New York, New York

                                       JESSE M. FURMAN
                                    United States District Judge