

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 6, 2025

**BY ECF**

Hon. Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

*Application GRANTED. The deadline to file motions is adjourned to December 1, 2025 with responses due December 15, 2025, and replies due December 22, 2025. The conference scheduled for November 6, 2025, will remain in place. The Clerk of Court is directed to terminate Doc. # 20. SO ORDERED.*

*October 9, 2025*

**Re: *United States v. Leonardo Abreu*, 25 Cr. 272 (JMF)**

Dear Judge Furman:

The parties jointly request a 60-day adjournment of the deadline to file motions, which is currently set for October 7, 2025 (with responses due October 21 and replies due October 28). The parties have been discussing a pretrial resolution, and believe an adjournment is necessary to provide additional time to advance those discussions. The parties further request that, subject to the Court's views, the November 6, 2025 status conference remain in place.

If the Court grants the parties' request, the Government respectfully requests that Speedy Trial Act time be excluded through November 6, 2025, pursuant to 18 U.S.C. § 3161(h)(7)(A). Excluding time is in the interest of justice because doing so will allow the parties to complete their discussions about a pretrial resolution. The defense consents to the exclusion of Speedy Trial time.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: _____
Timothy Ly / Patrick R. Moroney
Assistant United States Attorneys
(212) 637-1062 / -2330

cc (by ECF):     All counsel of record